UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Alejandro Diaz,**<br><br>           Plaintiff,<br><br>     v.<br><br>**TSL Development Inc.,** a California Corporation;<br>**Om Abs, Inc.,** a California Corporation; and Does 1-10,<br><br>           Defendants. | **Case No.** CV 13-07636-RGK (JCx)<br><br>[proposed] **JUDGMENT**<br>(granting plaintiff's motion for summary judgment) |

After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, plaintiff's motion for summary judgment is GRANTED.

TSL Development, Inc. and Om Abs, Inc., jointly and severally, shall pay the amount of $4,000 in damages to Alejandro Diaz.

///
///
///
///

Additionally, defendants TSL Development, Inc. and Om Abs, Inc. shall reconfigure the stall partition walls within the men's restroom at the Carrows Restaurant located at 2271 S. Atlantic Blvd., Monterey Park, California in order to comply with Title III of the Americans with Disabilities Act of 1990.

Dated: SEP 2 3 2014

By: *[signature]*
United States District Judge

JUDGMENT     Case No. CV 13-07636-RGK (JCx)